# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALORES MUNDIALES, S.L.** and **CONSORCIO ANDINO, S.L.**  *Plaintiffs and Arbitration Award Creditors*,  v.  **BOLIVARIAN REPUBLIC OF VENEZUELA**  *Defendant and Arbitration Award Debtor*. | No. 1:19-cv-00046-KBJ |

## PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiffs and Arbitration Award Creditors Valores Mundiales, S.L. and Consorcio Andino, S.L. respectfully provide their response to the Court's Order to Show Cause dated October 18, 2019 (the "Order").

1. In its Order, the Court required Plaintiffs to show cause "on or before November 17, 2019, why their claims against Defendant should not be dismissed for failure to prosecute" since Defendant had "neither filed an answer" by its deadline of September 24, 2019, "nor requested additional time to do so," and Plaintiffs had not "taken any further action with respect to their claims" as of the date when the Order was issued on October 18, 2019.

2. Today, soon after the issuance of the Order and less than a month after Defendant's deadline to file a responsive pleading, Plaintiffs filed a Motion for Entry of Default Judgment (ECF No. 12) seeking relief for Defendant's failure to file a responsive pleading or to otherwise appear in this case. Plaintiffs were working on and finalizing this motion at the time the Order was issued.

- 2 -

For the foregoing reasons, including those explained in Plaintiffs' Motion for Entry of Default Judgment, Plaintiffs respectfully maintain that they have not failed to prosecute their claims and that there is no reason to dismiss this action for failure to prosecute.

Dated: October 22, 2019

Respectfully submitted,

 /s/ Miguel López Forastier
Miguel López Forastier
D.C. Bar No. 464654
mlopezforastier@cov.com
José E. Arvelo
D.C. Bar No. 981920
jarvelo@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C.  20001
Tel:  202-662-5464
Fax:  202-778-5185

*Counsel for Plaintiffs and Arbitration Award Creditors Valores Mundiales, S.L. and Consorcio Andino, S.L.*