Default - Rule 55A                                                                                           (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

VALORES MUNDIALES, S.L., et al.

Plaintiff(s)

v.

Civil Action: **19-cv-00046-KBJ**

BOLIVARIAN REPUBLIC OF VENEZUELA

Defendant(s)

RE:   BOLIVARIAN REPUBLIC OF VENEZUELA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 07/26/2019, and an affidavit on behalf of the plaintiff having been filed, it is this __23__ day of ____October____, __2019__ declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: ____/s/Jackie Francis____
Deputy Clerk