UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALORES MUNDIALES, S.L.,**<br><br>-and-<br><br>**CONSORCIO ANDINO, S.L.**<br><br>    *Plaintiffs,*<br><br>    v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA,**<br><br>    *Defendant.* | Civil Action No.: 1:19-cv0046-KBJ |

**ANSWER OF DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA
TO THE COMPLAINT**

Defendant Bolivarian Republic of Venezuela ("Defendant" or the "Republic"), by its undersigned counsel, responds as follows to the allegations in Plaintiffs' Complaint, dated January 8, 2019 (the "Complaint"). The Republic incorporates into each such response a denial of the allegations in the Complaint (including those outside the knowledge and information of the Republic), except with respect to those specific allegations expressly admitted herein, and denies any averments in the headings and subheadings of the Complaint.

## ANSWER

Because the introductory paragraph of the Complaint does not purport to state any factual allegations, no response is required. To the extent a response is required, Defendant admits that Plaintiffs purport to bring this action against Defendant.

1. No response is required to Paragraph 1, which purports to describe the nature of this action and the relief sought in the Complaint.

2. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2.

3. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3.

4. Defendant admits the allegations of Paragraph 4.

5. To the extent that the allegations of Paragraph 5 consist of legal conclusions, no response is required. To the extent a response is required, Defendant denies that the allegations of Paragraph 5 present a fair and complete description of the matters alleged therein, but does not dispute that the Court has subject-matter jurisdiction over this action.

6. To the extent that the allegations of Paragraph 6 consist of legal conclusions, no response is required. To the extent a response is required, Defendant does not dispute that the Court has personal jurisdiction over Defendant.

7. To the extent that the allegations of Paragraph 7 consist of legal conclusions, no response is required. To the extent a response is required, Defendant does not dispute that venue is proper in this District.

8. Defendant admits the allegations of Paragraph 8.

9. Defendant admits the allegations of Paragraph 9.

10. Defendant admits the allegations of Paragraph 10.

11. Defendant admits the allegations of Paragraph 11.

12. To the extent that the allegations of Paragraph 12 consist of legal conclusions, no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12.

13. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 13, except respectfully refers the Court to the arbitral award included as Exhibit A to the Complaint for a complete and accurate statement of its contents.

14. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14, except respectfully refers the Court to the arbitral award included as Exhibit A to the Complaint for a complete and accurate statement of its contents.

15. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15, and respectfully refers the Court to the arbitral award included as Exhibit A to the Complaint for a complete and accurate statement of its contents.

16. Defendant denies that the allegations of Paragraph 16 present a fair and complete description of the matters alleged therein, and respectfully refers the Court to the arbitral award included as Exhibit A to the Complaint for a complete and accurate statement of its contents.

17. Defendant denies that the allegations of Paragraph 17 present a fair and complete description of the matters alleged therein, and respectfully refers the Court to the arbitral award included as Exhibit A to the Complaint for a complete and accurate statement of its contents.

18. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18.

19. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19.

20. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20.

21. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21, except respectfully refers the Court to the Decision on the Request for a Continuation of the Stay of Enforcement of the Award referenced therein, and included as Exhibit B to Plaintiffs' Motion for Default Judgment, for a complete and accurate statement of its contents.

22. Defendant denies knowledge or information sufficient to form a belief as to the allegations of Paragraph 22, and avers upon information and belief that the hearing described therein did not occur.

23. Defendant denies that the allegations of Paragraph 23 present a fair and complete description of the matters alleged therein, and respectfully refers the Court to Article 53(1) of the ICSID Convention referenced therein for a complete and accurate statement of its contents.

24. Defendant denies the allegations of Paragraph 24.

25. Defendant denies the allegations of Paragraph 25.

26. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26.

27. Because Paragraph 27 does not purport to state any factual allegations, no response is required. To the extent a response is required, Defendant denies those allegations.

28. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28.

29. To the extent that the allegations of Paragraph 29 consist of legal conclusions, no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29, except admits that Spain was a party to the ICSID Convention at all relevant times.

30. Defendant denies that the allegations of Paragraph 30 present a fair and complete description of the matters alleged therein, and respectfully refers the Court to Article 54(1) of the ICSID Convention described therein for a complete and accurate description of its contents.

31. Defendant denies that the allegations of Paragraph 31 present a fair and complete description of the matters alleged therein, and respectfully refers the Court to the statute described therein for a complete and accurate description of its contents.

32. Defendant denies the allegations of Paragraph 32.

## **AFFIRMATIVE DEFENSES**

Defendant Bolivarian Republic of Venezuela states the following defenses and reserves its right to assert other and additional defenses, cross claims and third-party claims not asserted herein of which it becomes aware through discovery or other investigation as may be appropriate at a later time. In asserting these defenses, Defendant does not assume any burden of

proof, persuasion or production with respect to any issue where the applicable law places the burden upon Plaintiffs.

### FIRST DEFENSE

Enforcement of the award would violate due process of law.

### SECOND DEFENSE

The post-judgment interest that Plaintiffs seek is barred as a matter of law. The post-judgment interest rate applicable to Plaintiffs' award is determined by 28 U.S.C. § 1961.

### THIRD DEFENSE

Defendant has insufficient knowledge or information upon which to form a belief as to whether there may be additional affirmative defenses available to it, and therefore reserves the right to assert such additional defenses in the event that discovery indicates they would be appropriate.

### FOURTH DEFENSE

Defendant expressly reserves the right to amend and/or supplement its answer, defenses, and all other pleadings.

### PRAYER FOR RELIEF

Based upon the foregoing, Defendant prays that this Court deny any relief for judgment on behalf of Plaintiffs, and dismiss this action against Defendant in its entirety, with prejudice and without leave to amend. Defendant also prays for such other and further relief as may be appropriate or that the Court deems just and proper.

Dated:    March 2, 2020

                      /s/ *Judson O. Littleton*
                      Judson O. Littleton
                      D.C. Bar No. 1027310
                      SULLIVAN & CROMWELL LLP
                      1700 New York Avenue, N.W. Suite 700
                      Washington, D.C.  20006-5215
                      Telephone:  202-956-7500
                      Facsimile:  202-293-6330
                      littletonj@sullcrom.com

                      Sergio J. Galvis
                      Joseph E. Neuhaus (*pro hac vice* pending)
                      James L. Bromley (*pro hac vice* pending)
                      SULLIVAN & CROMWELL LLP
                      125 Broad Street
                      New York, New York  10004
                      Telephone:  212-558-4000
                      Facsimile:  212-558-3588
                      galviss@sullcrom.com
                      neuhausj@sullcrom.com
                      bromleyj@sullcrom.com

                      *Attorneys for Defendant*

## **VERIFICATION**

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on March 2, 2020.

/s/ _____
José Ignacio Hernández González
Special Attorney General of the Bolivarian
Republic of Venezuela