IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALORES MUNDIALES, S.L.** and **CONSORCIO ANDINO, S.L.**<br><br>*Plaintiffs and Arbitration Award Creditors*,<br><br>v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA**<br><br>*Defendant and Arbitration Award Debtor*. | No. 1:19-cv-00046-KBJ-RMM |

### [PROPOSED] ORDER

Upon the Court's consideration of Plaintiffs' Motion for Judgment on the Pleadings or, in the alternative, Summary Judgment, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

The pecuniary obligations of the Award in favor of Plaintiffs and against Defendant are to be recognized, entered, and recorded as a judgment by the Clerk of the Court in the same manner and with the same force and effect as if the Award were a final judgment of a court of general jurisdiction of one of the United States, pursuant to 22 U.S.C. § 1650a and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States.

The Clerk of the Court is directed to enter JUDGMENT for Plaintiff against Defendant in the amount of:

1. US$430,400,000 plus compound interest at the rate of LIBOR plus 2 percent from January 22, 2013, through the date of payment to Plaintiffs; and

- 2 -

2. US$5,925,705.14 in partial reimbursement of Plaintiffs' costs associated with the arbitration proceeding.

                                                HON. KETANJI BROWN JACKSON
                                                    United States District Judge

Dated: _____, 2020