**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VALORES MUNDIALES, S.L.** and **CONSORCIO ANDINO, S.L.**<br><br>*Plaintiffs and Arbitration Award Creditors*,<br><br>v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA**<br><br>*Defendant and Arbitration Award Debtor.* | No. 1:19-cv-00046-KBJ-RMM |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully submit this response to Defendant's Motion for Extension of Time to File Reply (ECF No. 29) (the "Motion").

1. On March 16, 2020, Plaintiffs filed a motion for judgment on the pleadings or, in the alternative, summary judgment (ECF No. 24). On March 30, Defendant filed an opposition to Plaintiffs' motion and also styled it as a cross-motion for summary judgment (ECF No. 25-1). Pursuant to the Local Rules, Plaintiffs filed their reply seven days later, on April 6 (ECF No. 27).

2. On April 7, Defendant's counsel emailed Plaintiffs' counsel seeking consent to a week-long extension to file a reply in support of their cross-motion "on account of the difficulties presented by the current COVID-19 working conditions and the upcoming holidays." (Ex. A.)

3. Since Plaintiffs' counsel had confronted the same COVID-19-related difficulties and were able to file their reply on time, Plaintiffs' counsel responded that "they were not prepared to consent to such a lengthy extension to file what essentially is a sur-reply. To account for the holidays, plaintiffs would be willing to agree to a three-day extension of defendant's deadline." *Id.* Defendant's counsel did not respond and, a day later, filed the Motion instead without fully conveying the position of Plaintiffs' counsel. *See* Mot. ¶ 7.

4. "Motions for extension of time are discouraged, and counsel should not expect the Court to grant extensions." General Order and Guidelines for Civil Cases Before Judge Ketanji Brown Jackson Rule 5(b). Despite this, Plaintiffs were willing to agree to a three-day extension to what effectively would be Defendant's sur-reply in response to Plaintiffs' reply brief, which centered on addressing Defendant's arguments in its opposition memorandum and raised no new issues. *See id.* Rule 5 (a)(v) ("Counsel may not file a sur-reply without first requesting leave of the Court."). Nor did Plaintiffs' reply brief raise any "novel interpretation of [22 U.S.C. § 1650a]" as Defendant claims in its Motion. Mot. ¶ 3.

5. Defendant has already briefed its asserted defenses twice — first in its motion to vacate the entry of default (ECF No. 20) and then in its opposition to Plaintiffs' motion for judgment on the pleadings or, in the alternative, summary judgment (ECF No. 25-1). Defendant now wants double the time otherwise required to prepare its third brief on these same issues.

6. While Defendant has not previously sought time extensions from the Court, it filed its answer more than five months after it was due and four months after the Court entered default. ECF No. 15. As Plaintiffs have previously explained (ECF No. 24, at 2), they have been prejudiced from Defendant's delay and should not be made to suffer further delay on account of Defendant's tactics. Whether Plaintiffs will be able to enforce a judgment on the Award has no bearing on their entitlement to judgment. *See Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 932 F.3d 126, 151 (3d Cir. 2019) (whether OFAC sanctions would permit recovery had no bearing on whether plaintiffs were entitled to attachment of assets to execute on judgment).

7. Under these circumstances, Plaintiffs respectfully submit that the week-long extension Defendant requests is unwarranted and that a three-day extension is more than appropriate.

- 3 -

Dated: April 8, 2020                                     Respectfully submitted,

                                                         /s/ Miguel López Forastier
Miguel López Forastier
D.C. Bar No. 464654
mlopezforastier@cov.com
José E. Arvelo
D.C. Bar No. 981920
jarvelo@cov.com
Amanda Tuninetti
D.C. Bar No. 1521002
atuninetti@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C.  20001
Tel:  202-662-5464
Fax:  202-778-5185

*Counsel for Plaintiffs and Arbitration Award Creditors Valores Mundiales, S.L. and Consorcio Andino, S.L.*