IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALORES MUNDIALES, S.L.** and **CONSORCIO ANDINO, S.L.**<br><br>*Plaintiffs*,<br><br>v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA**<br><br>*Defendant*. | No. 1:19-cv-00046-FYP-RMM |

## JOINT STATUS REPORT

The Parties respectfully submit this status report pursuant to the Court's Minute Order of November 17, 2020:

1. In its order of November 17, 2020, the Court stayed this case "pending resolution of Venezuela's annulment application before the ICSID" because that application "may greatly impact the terms of the arbitration award" at issue in this case. Minute Order (Nov. 17, 2020). The Court also instructed that, "[w]hen the Tribunal issues its final decision" on the annulment application, the Parties "shall submit a joint status report discussing whether these proceedings should be reopened and whether the final decision of the Tribunal impacts the parties' positions before this Court." *Id.*

2. On December 21, 2021, the ICSID Committee in charge of reviewing the Bolivarian Republic of Venezuela's annulment application issued its final decision. In that decision, the ICSID Committee rejected Venezuela's annulment application.

3. Since the ICSID annulment proceeding that animated the Court's stay of this case has concluded without impacting the terms of the arbitration award at issue in this action, these proceedings should be reopened and the stay imposed on November 17, 2020, lifted.

- 2 -

4. Dispositive motions have been fully briefed and are pending for the Court's decision (ECF Nos. 24, 25). The final decision of the ICSID Committee does not impact the Parties' positions before this Court.

Dated: January 21, 2022

Respectfully submitted,

/s/ Miguel López Forastier
Miguel López Forastier
D.C. Bar No. 464654
mlopezforastier@cov.com
José E. Arvelo
D.C. Bar No. 981920
jarvelo@cov.com
Amanda Tuninetti
D.C. Bar No. 1521002
atuninetti@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: 202-662-5464
Fax: 202-778-5185

*Counsel for Plaintiffs Valores Mundiales, S.L. and Consorcio Andino, S.L*

/s/ Judson Owen Littleton
Judson Owen Littleton
D.C. Bar No. 1027310
SULLIVAN & CROMWELL LLP
1700 New York Ave., NW, Suite 700
Washington, DC 20006-5215
Tel: 202-956-7500
Fax: 202-293-6330
littletonj@sullcrom.com

Joseph E. Neuhaus (*pro hac vice*)
neuhausj@sullcrom.com
James L. Bromley (*pro hac vice*)
bromleyj@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: 212-558-4000
Fax: 212-558-3588

*Counsel for Defendant Bolivarian Republic of Venezuela*