UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALORES MUNDIALES, S.L.,**<br><br>-and-<br><br>**CONSORCIO ANDINO, S.L.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA,**<br><br>*Defendant.* | No. 1:19-cv-0046-ACR-RMM |

**MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA
AND FOR EXTENSION OF TIME**

Pursuant to Local Civil Rule 83.6(c), Sullivan & Cromwell LLP respectfully moves the Court to withdraw its appearance as counsel for Defendant Bolivarian Republic of Venezuela in this matter. Sullivan & Cromwell no longer serves as counsel to the Interim Government and the National Assembly of the Bolivarian Republic of Venezuela, headed by President Juan Guaidó, as the firm's engagement by those entities has ended. To allow Venezuela time to engage new counsel and respond to the Court's March 7, 2023 Order requesting supplemental briefing, the Court is also requested to give Venezuela an additional 30 days to respond to that order. After conferring with counsel for Plaintiffs regarding this motion, undersigned counsel understand that Plaintiffs oppose this motion.

This Court has discretion to grant a motion for withdrawal where counsels' withdrawal from a matter will not result in delay or prejudice either party. *See Cont'l Transfert Technique Ltd.* v. *Fed. Gov't of Nigeria*, 234 F. Supp. 3d 206, 208 (D.D.C. 2017); *see also* Local

Civil Rule 83.6(d) ("The Court may deny an attorney's motion for leave to withdraw if the withdrawal would unduly delay trial of the case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice.").

None of those bases for denying a motion to withdraw is present here. No trial date has been set (or is expected) in this matter. Nor will the withdrawal of Sullivan & Cromwell result in material delay or unfair prejudice to any party given the current posture of this litigation. After the parties filed cross-motions for summary judgment, the Magistrate Judge issued a Report and Recommendation on August 3, 2022, recommending that the Court grant Venezuela's Motion to Set Aside Default, deny Plaintiffs' Motion for Default Judgment as moot, grant Plaintiffs' Motion for Summary Judgment, and deny Venezuela's Cross-Motion for Summary Judgment. (ECF No. 33.) Venezuela then filed objections to the Magistrate Judge's Report and Recommendation, and those objections have been fully briefed, such that the Court may rule on the basis of those papers. *See Laster* v. *District of Columbia*, 460 F. Supp. 2d 111, 113–14 (D.D.C. 2006) (granting motion to withdraw where the one pending issue was not "affected by the court's grant or denial of [the] motion to withdraw," and counsel provided "ample notice and time to [their former client to] obtain alternate counsel").

There are no other pending deadlines in this matter except for the 14-day deadline set in the Court's March 7, 2023 Order. Sullivan & Cromwell has sent via email the Court's March 7 Order to Gustavo Marcano, the head of Venezuela's Asset Administration and Protection Commission. Sullivan & Cromwell has previously been instructed by the Office of the Special Attorney General ("SAG"), but Sullivan & Cromwell understands that the Office of the SAG is no longer operative and that the Commission is the body with the power to retain new legal counsel. A former official of the Office of the SAG confirmed Mr. Marcano's email address. Sullivan &

Cromwell has further informed Mr. Marcano by email that Venezuela may wish to engage new counsel to respond to the Court's March 7 Order.  In order to allow sufficient time for Venezuela to engage new counsel, if Venezuela chooses to do so, we respectfully suggest that an extension of 30 days to respond to the Court's order would be appropriate.

WHEREFORE, the undersigned respectfully request that the Court grant the motion for the undersigned attorneys at Sullivan & Cromwell to withdraw as counsel to Venezuela. The undersigned further request that the Court grant a 30-day extension of time for the parties to file a response to the Court's March 7, 2023 Order.

| | |
|---|---|
| */s/ Joseph E. Neuhaus* | */s/ Judson O. Littleton* |
| Joseph E. Neuhaus (*pro hac vice*) | Judson O. Littleton |
| James L. Bromley (*pro hac vice*) | D.C. Bar No. 1027310 |
| SULLIVAN & CROMWELL LLP | SULLIVAN & CROMWELL LLP |
| 125 Broad Street | 1700 New York Avenue, N.W., Suite 700 |
| New York, New York  10004 | Washington, D.C.  20006-5215 |
| Telephone:  212-558-4000 | Telephone:  202-956-7500 |
| Facsimile:  212-558-3588 | Facsimile:  202-293-6330 |
| neuhausj@sullcrom.com | littletonj@sullcrom.com |
| bromleyj@sullcrom.com | |

Dated:    March 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, a true and correct copy of the foregoing was filed with the Court's ECF system, a copy was sent to the email address we have for Gustavo Marcano, and a DHL copy was sent to Mr. Marcano at the following address:

> Gustavo Marcano
> Coordinador del la Comisión de Administración y Protección de Activos
> Asamblea Nacional
> Administrativa:
> Edificio José María Vargas,
> Esquina de Pajaritos.
> Caracas, 1010.
> Venezuela[1]
> gmarcano@cive-us.org

Additionally, pursuant to Local Civil Rule 83.6(c), Sullivan & Cromwell has sent via email to Mr. Marcano a notice advising Venezuela to obtain other counsel, or, if Venezuela intends to conduct the case *pro se* or object to the withdrawal of Sullivan & Cromwell, to so notice the Clerk of the Court in writing within 7 days of service of the motion.

I further certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>     */s/ Judson O. Littleton*
> Judson O. Littleton
> D.C. Bar No. 1027310
> SULLIVAN & CROMWELL LLP
> 1700 New York Avenue, N.W., Suite 700
> Washington, D.C.  20006-5215
> Telephone:  202-956-7500
> Facsimile:  202-293-6330
> littletonj@sullcrom.com

---

[1] The last address of the Interim Government and the National Assembly of the Bolivarian Republic of Venezuela known to Sullivan & Cromwell is the address for the Venezuelan embassy in Washington, D.C., which was located at 2409 California St. NW Washington, D.C. 20008. Sullivan & Cromwell understands that the Venezuelan embassy in Washington, D.C. is currently closed.