IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALORES MUNDIALES, S.L.** and **CONSORCIO ANDINO, S.L.**<br><br>  *Plaintiffs*,<br><br>  v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA**<br><br>  *Defendant*. | No. 1:19-cv-00046-ACR-RMM |

### JOINT STATUS REPORT

The Parties respectfully submit this status report pursuant to the Court's Minute Order of March 16, 2023:

1. For the sake of expediency and without prejudice, Plaintiffs hereby withdraw their request that the Court apply as post-judgment interest the rate specified in the Award and consent to the application of the statutory interest rate set forth in 28 U.S.C. § 1961. *See* Pls. Summ. J. Mot. at 13-17 (ECF No. 24). Plaintiffs otherwise reserve all rights, and their consent in this respect shall not be construed as a waiver of any rights in any jurisdictions outside of the United States.

2. The Parties confirm their agreement that their cross-motions for summary judgment are fully briefed and ready for the Court's final judgment.

3. Plaintiffs add that, since their motion for summary judgment was filed in March 2020 and, as the Court has been made aware (*see* Joint Status Report (ECF No. 32)), the ICSID Ad Hoc Committee issued its final decision and rejected the Bolivarian Republic of Venezuela's annulment application. In that decision, the ICSID Committee also awarded attorneys' fees and costs to Plaintiffs in the amount of US$2,348,033.79. Plaintiffs contend that this amount should be added to the Court's final order and judgment to the extent it grants Plaintiffs' summary

judgment motion. *See OI European Group B.V. v. Bolivarian Republic of Venezuela*, No. 16-1533 (ABJ), Order at 2 (May 21, 2019) (ECF No. 84).  Attached as Exhibit A is a copy of the final annulment decision rendered by the ICSID Ad Hoc Committee on December 21, 2021, with an English translation of the *dispositif*.

4. If the Court were to grant Plaintiffs' motion for summary judgment, Plaintiffs are prepared to submit a proposed Order for the Court's consideration with the total amounts awarded and interest accrued on those amounts up to the date specified by the Court.

5. With respect to Plaintiffs' new request for over $2.3 million in additional attorneys' fees and costs awarded by the ICSID annulment committee, Defendant observes that Plaintiffs never requested an award of fees and costs associated with the annulment proceeding in their summary judgment briefing.  Moreover, Plaintiffs told the Court in the January 21, 2022 Joint Status Report the Parties submitted after the conclusion of the annulment proceeding that "the final decision of the ICSID Committee does not impact the Parties' position before this Court."  (ECF No. 32.)  Defendant contends that Plaintiffs' effort to now seek additional fees and costs associated with an annulment proceeding that the only legitimate, U.S.-recognized representative of the Republic was barred from participating in vividly highlights the fundamental due process violation suffered by the Republic in that ICSID proceeding and the reasons the award should not be confirmed.  *See* Republic's Summ. J. Mot. at 8-14 (ECF No. 25); Republic's Reply at 2-11 (ECF No. 31); Republic's Objs. to the Magistrate Judge's Report and Recommendation at 6-12 (ECF No. 34); Republic's Reply in Support of Objs. at 2-7 (ECF No. 36).

6. Plaintiffs strongly disagree with this contention, as the award of attorneys' fees and costs by the ICSID Ad Hoc Committee is subject to the same principles that govern the Award since both arbitration and annulment are part of the same system of resolution of investment

disputes under the ICSID Convention.  Plaintiffs contend that this Court is not authorized to deny enforcement for alleged due process deficiencies in the underlying proceeding, and, in any event, Defendant has suffered no due process violations since it fully participated in, and was duly represented throughout, the annulment proceeding.  *See* Pls. Summ. J. Mot. at 7-14 (ECF No. 24); Pls. Reply at 3-14 (ECF No. 27); Pls. Opp. to Defs. Objs. to R&R at 5-13 (ECF No. 35).

Dated: April 14, 2023

Respectfully submitted,

/s/ Miguel López Forastier
Miguel López Forastier
D.C. Bar No. 464654
mlopezforastier@cov.com
José E. Arvelo
D.C. Bar No. 981920
jarvelo@cov.com
Amanda Tuninetti
D.C. Bar No. 1521002
atuninetti@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C.  20001
Tel:  202-662-5464
Fax:  202-778-5185

*Counsel for Plaintiffs Valores Mundiales, S.L. and Consorcio Andino, S.L*

/s/ Judson Owen Littleton
Judson Owen Littleton
D.C. Bar No. 1027310
SULLIVAN & CROMWELL LLP
1700 New York Ave., NW, Suite 700
Washington, DC 20006-5215
Tel: 202-956-7500
Fax: 202-293-6330
littletonj@sullcrom.com

Joseph E. Neuhaus (*pro hac vice*)
neuhausj@sullcrom.com
James L. Bromley (*pro hac vice*)
bromleyj@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: 212-558-4000
Fax: 212-558-3588

*Counsel for Defendant Bolivarian Republic of Venezuela*