UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

VALORES MUNDIALES, S.L. and
CONSORCIO ANDINO, S.L.

   *Plaintiffs*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

   *Defendant*.

No. 1:19-cv-00046-ACR

### ORDER AND FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion dated May 15, 2023 [Dkt. 42], the Court hereby **GRANTS** Defendant's Motion to Set Aside Default, **DENIES** Plaintiffs' Motion for Default Judgment, **DENIES** Defendant's Motion for Summary Judgment, and **GRANTS** Plaintiffs' Motion for Summary Judgment. It is thus **ORDERED** that a Final Judgment is hereby **ENTERED**, and that Plaintiffs are jointly entitled to the sum of:

   i.   The principal amount of $430,400,000;

   ii.   Compound interest on this amount (item i above) from January 22, 2013 through the date of this judgment at LIBOR + 2% rate ($178,263,237.86), for a total of principal plus pre-judgment interest of $608,663,237.86;

   iii.   The awarded costs of the ICSID Arbitration of $5,925,705.14, plus compound interest on this amount from July 25, 2017 through the date of this judgment at LIBOR + 2% rate ($1,506,373. 34), for a total of $7,432,078.48;

   iv.   The costs and expenses of the ICSID Annulment of $2,348,033. 79, plus compound interest on this amount from December 21, 2021 through the date of this judgment at LIBOR + 2% rate ($185,953.66), for a total of $2,533,987.45;

   v.   Post-judgment interest on the total amount above ($618,629,303.79), calculated at the rate set forth in 28 U.S.C. § 1961, from the date of this judgment until full payment.

The Clerk of the Court shall remove this case from the docket of this Court. This is a final appealable order. FED. R. APP. P. 4(a).

Dated: May 22, 2023

                                                                                 ANA C. REYES
                                                                                 United States District Court Judge